UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Darla L. Scheffert,

Plaintiff,

vs.

Rocky Mountain Chocolate Factory,

Defendant.

Civ. No. 01CV1218 (PAM/JGL)

**STIPULATION FOR EXTENSION OF TIME TO ANSWER**

The parties to the above-entitled matter, through their respective counsel, hereby stipulate and agree that the Defendant may have up to and including July 23, 2001, to file an answer in this matter and further request the Court to enter an order pursuant to this Stipulation

Dated: July 9, 2001

SMITH, TOLLEFSON & RAHRICK

#102799
113 West Main Street, P.O. Box 271
Owatanna, MN 55060
(507) 451-6540

Dated: July 6, 2001

JACKSON LEWIS SCHNITZLER & KRUPMAN

David Duddleston (#139804)
Natalie Wyatt-Brown (#260757)
150 Fifth Street Tower, Suite 2800
150 South Fifth Street
Minneapolis, MN 55402
(612) 341-8131

JUL 23 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

**ORDER**

It is hereby ordered that Defendant shall have up to and including July 23, 2001, to answer Plaintiff's Complaint in this matter.

Dated this 23 day of July, 2001.

Jonathan G. Lebedoff
United States Magistrate Judge