UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Darla L. Scheffert,

Plaintiff,

vs.

Rocky Mountain Chocolate Factory,

Defendant.

Civ. No. 01CV1218 (PAM/JGL)

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER**

---

The parties to the above entitled matter, through their respective counsel, hereby stipulate and agree that this matter may be DISMISSED WITH PREJUDICE, and without further cost to the parties herein. The parties further request the Court to enter judgment pursuant to this stipulation.

**SO STIPULATED:**

Dated: 3/5/02

JACKSON LEWIS SCHNITZLER & KRUPMAN

Thomas E. Marshall (#155597)
Natalie I. Wyatt-Brown (#260757)
150 South Fifth Street, Suite 2800
150 Fifth Street Towers
Minneapolis, MN 55402
(612) 341-8131

ATTORNEYS FOR DEFENDANT
ROCKY MOUNTAIN CHOCOLATE FACTORY, INC.

Dated: 3/6/02

SMITH, TOLLEFSON & RAHRICK

Stephen J. Smith (#102799)
113 West Main Street
P. O. Box 271
Owatonna, MN 55060

(507) 451-6540

ATTORNEYS FOR PLAINTIFF
DARLA L. SCHEFFERT

MAR 25 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 25 2002
DEPUTY CLERK

**ORDER**

Pursuant to the Stipulation of the parties, it is hereby ordered that this action be dismissed with prejudice; each party is to bear its own attorney's fees, costs and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY

Dated this 23rd day of March, 2002.

By ______________________
The Honorable Paul A. Magnuson
United States District Court Judge